| TO: | **Register of Copyrights** | **REPORT ON THE** |
| | **Copyright Office** | **FILING OR DETERMINATION OF AN** |
| | **Library of Congress** | **ACTION ON APPEAL** |
| | **Washington, D.C. 20559** | **REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(x) ACTION     ( ) APPEAL

| DOCKET NO: | DATE FILED: | COURT NAME AND LOCATION |
|---|---|---|
| 17-cv-04508-MEJ | August 8, 2017 | United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

| PLAINTIFF: | DEFENDANT: |
|---|---|
| Erickson Productions Inc | 1st Financial, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
          ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED: | WRITTEN OPINION ATTACHED: | DATE RENDERED: |
|---|---|---|
| ( ) Order     ( ) Judgment | ( ) Yes     ( ) No | |

Susan Y. Soong, Clerk     (by) Deputy Clerk, Hilary Jackson     Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy