1  Andrew Delahunt, Esq. (SBN 285512)
   Law Office of Andrew Delahunt
2  8749 Holloway Drive
   West Hollywood, CA 90069
3  Tel: (310) 351-7332
4  Fax: (310) 652-1501
   delahuntlaw@gmail.com
5
   The McCulloch Law Firm, PLLC
6  Nathaniel Kleinman (*pro hac vice*)
7  501 Fifth Avenue, Suite 1809
   New York, New York 10017
8  T: (212) 355-6050
   F: (206) 219-6358
9  nate@mccullochiplaw.com
   *Attorneys for Plaintiff*
10

**GRANTED.** All pending Deadlines are stayed for 60 days and the Case Management Conference is vacated pending settlement negotiations. However, the Court has not received consent or declination from Defendant, James Clement, and in order for the Court to dismiss this case, upon completion and finalization of the settlement, Mr. Clement needs to file his consent or declination to Magistrate Jurisdiction. Dated: 12/8/2017

*(GRANTED — signed by Judge Maria-Elena James, Northern District of California)*

11            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  ERICKSON PRODUCTIONS, INC., | Civil Case No. 3:17-cv-04508 (MEJ) |
| 14       *Plaintiff*, | Hon. Maria-Elena James |
| 15       v. | ECF Case |
| 16  JAMES CLEMENTS and KLEMCO | Electronically Filed |
| 17  HOLDINGS, LLC, | |
| 18       *Defendants.* | |

19

20            **NOTICE TO COURT REGARDING SETTLEMENT**

21       Plaintiff Erickson Productions, Inc. ("Plaintiff"), by and through undersigned counsel, hereby

22  provides notice to the Court that the parties have reached a settlement in principle that resolves

23  Plaintiff's claims against all Defendants in this action. The parties thus jointly request that the Court

24  adjourn all deadlines in this case for sixty (60) days in order to give the parties time to finalize a

25  written agreement, as well as to accommodate the upcoming holidays, after which Plaintiff will file

26  a stipulation of dismissal.

27

28

---

NOTICE RE: SETTLEMENT                                                CASE NO. 3:17-CV-4508

1 | Dated: December 8, 2017.

2 | Respectfully submitted,

3 | s/ Nathaniel Kleinman
4 | The McCulloch Law Firm, PLLC
Nathaniel Kleinman (*pro hac vice*)
5 | 501 Fifth Avenue, Suite 1809
New York, New York 10017
6 | Tel: (212) 355-6050
nate@mccullochiplaw.com
7 |
8 | -and-

9 | Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
10 | 8749 Holloway Drive
West Hollywood, CA 90069
11 | Tel: (310) 351-7332
Fax: (310) 652-1501
12 | delahuntlaw@gmail.com

13 |
14 | *Attorneys for Plaintiff*